IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pedro O. Camarena,<br><br>             Plaintiff,<br><br>vs.<br><br>J. M. Arpaio, et al.,<br><br>             Defendants. | CV 05-2765-PHX-MHM (DKD)<br><br>**ORDER** |

Plaintiff has filed a *pro se* prisoner civil rights case pursuant to 42 U.S.C. § 1983 (Doc. 1). The matter was referred to United States Magistrate Judge David K. Duncan. On October 24, 2006, Judge Duncan issued a Scheduling and Discovery Order, setting a dispositive motion deadline of March 25, 2007. On April 20, 2007, 26 days after the deadline, Defendants filed a Motion for Summary Judgment. Defendants neither sought leave to extend the filing deadline, nor provided any explanation as to why their Motion was filed untimely. On May 17, 2007, Judge Duncan issued an Order to show good cause why Defendants' Motion for Summary Judgment should not be denied as untimely. Defendants filed a Response stating that they "regret the untimely filing. . . . Unfortunately, there was a snafu and reliance on our electronic docketing system rather than double-checking the hard copy led to the untimely filing" (Doc. 48 at 2). On May 25, 2007, Judge Duncan issued a Report and Recommendation recommending that the Court deny as untimely Defendants'

1  Motion for Summary Judgment.  Defendants have not filed written objections to the Report
2  and Recommendation.

### STANDARD OF REVIEW

The Court must review the legal analysis in the Report and Recommendation de novo. See 28 U.S.C. § 636(b)(1)(C).  The Court must review the factual analysis in the Report and Recommendation de novo for those facts to which objections are filed.  "Failure to object to a magistrate judge's recommendation waives all objections to the judge's findings of fact." Jones v. Wood, 207 F.3d 557, 562 n.2 (9th Cir. 2000).

### DISCUSSION

Defendants filed their Motion for Summary Judgment 26 days after the deadline for such filings, without seeking leave to extend the filing deadline and with no explanation as to why the Motion was filed untimely.  Only after Judge Duncan directed Defendants to show good cause why Defendants' Motion for Summary Judgment should not be denied as untimely, Defendants stated that they had a "snafu with their electronic docketing system." This is insufficient cause to extend the filing deadline by 26 days without having sought leave to extend the deadline.

**Accordingly**,

**IT IS ORDERED** adopting the Magistrate Judge's Report and Recommendation (Doc. 49) in its entirety.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Doc. 44) is denied as untimely.

DATED this 10th day of July, 2007.

_____
Mary H. Murguia
United States District Judge